UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LINDENSMITH,

    Plaintiff,

v.

ERIC WALTON, et al.,

    Defendants.

                                       /

Case No. 14-cv-13342

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION**
(document no. 22), **GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** (document no. 17) **AND DISMISSING THE CASE**

David Lindensmith is a prisoner with the Michigan Department of Corrections. He brought suit under 42 U.S.C. § 1983 and alleged that multiple officials at the Parnell Correctional Facility violated his constitutional rights. The defendants filed a joint motion for summary judgment. ECF No. 17. The Court referred the case to Magistrate Judge Elizabeth Stafford. Magistrate Judge Stafford filed a Report and Recommendation on January 25, 2016, and advised the Court to grant the motion for summary judgment. ECF No. 22.

A copy of the Report was served on both parties on January 25, 2016. Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections. Because Lindensmith was incarcerated, the Court added several days to allow Lindensmith to file an objection. The Report states that all objections were due by February 11, 2016. Neither party has filed any objections. *De novo* review of the Report is therefore not required. *See* Fed. R. Civ. P. 72(b)(3). The Court has reviewed the file and the Report, and finds that the Report's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusion and will enter an appropriate judgment.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation (document no. 22) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Defendants' Motion For Summary Judgment (document no. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                          s/Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: February 17, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 17, 2016, by electronic and/or ordinary mail.

                                          s/Carol Cohron
                                          Case Manager